UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BEN & JERRY'S HOMEMADE, INC., et ano.,

                Plaintiffs,

-against-                                 12 Civ. 6734 (LAK)

RODAX DISTRIBUTORS, etc., et al.,

                Defendants.
------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge*.

        1.    Pending further order of the Court:

        a.    The Clerk is directed to redact all images (including without limitation Exhibit 6 to the declaration of David Stever, Exhibits 6, 7 and 8 to the complaint, and the image contained in paragraph 54 of the complaint) from the electronic versions of documents filed or offered for filing in this case, but shall preserve and file in hard copy, under seal (available to counsel for all parties), all redacted material.

        b.    The attorneys shall redact all images from electronic versions of documents filed on the CM/ECF system, Such images shall be filed only in hard copy and under seal as above.

        2.    As defendants have not yet appeared, plaintiffs' counsel is directed forthwith to serve a copy of this order on defendants and any counsel who has been identified as representing defendants.

        3.    The Court is mindful of the qualified right of public access to court documents and is prepared to reconsider this temporary measure upon application.

        SO ORDERED.

Dated:        September 6, 2012

                                                    Lewis A. Kaplan
                                              United States District Judge