DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
R. Terry Parker
1540 Broadway
New York, NY 10036

**12 CIV 6734**

Attorneys for Plaintiffs
Ben & Jerry's Homemade Inc.
and Conopco, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*RECEIVED SEP 05 2012 U.S.D.C. S.D.N.Y. CASHIERS*

---

BEN & JERRY'S HOMEMADE, INC. &
CONOPCO, INC.,

          **Plaintiffs,**

          v.

RODAX DISTRIBUTORS, INC. d/b/a
CABALLERO VIDEO, M. MORRIS, INC. d/b/a
CABALLERO VIDEO and DANIEL
MAMANE and TOMER YOFFE,

          **Defendants.**

Case No.:

**RULE 7.1 DISCLOSURE STATEMENT OF PLAINTIFFS**

---

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs, Ben & Jerry's Homemade, Inc. and Conopco, Inc. d/b/a Unilever (private non-governmental corporate parties) certify that the following are corporate parents, affiliates and/or subsidiaries of said parties which are publicly held and/or own 10% or more of the said party's stock:

Unilever N.V. and Unilever PLC

Dated: New York, New York

September 5, 2012

DUANE MORRIS LLP

By: _____
Gregory P. Gulia
Vanessa C. Hew
Mitchell A. Frank
R. Terry Parker
1540 Broadway
New York, New York  10036-4086
(212) 692-1000

Attorneys for Plaintiffs
Ben & Jerry's Homemade, Inc.
& Conopco, Inc.