AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-CIV-6734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* M. MORRIS INC, d/b/a CABALLERO VIDEO
was received by me on *(date)* 09/06/2012 .

☑ I personally served the summons on the individual at *(place)* ELI ARAMYAN, Accountant, Auth. to Accept, 7230 Coldwater Canyon Ave., N. Hollywood, CA 91605 on *(date)* 09/07/2012 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* Mailed copy to the Defendant, on 9/7/2012, from Los Angeles


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 09/07/2012

*Server's signature*

WILBERT GUTIERREZ, Process Server
*Printed name and title*

1055 W. 7th Street, Suite 1550
Los Angeles, CA  90017
(213) 488-1500  Reg: Los Angeles,  # 6620
*Server's address*

Additional information regarding attempted service, etc:
Documents Served:  Summons; Civil Cover Sheet; Order dated 9/6/2012; Temporary Restraining Order and Order to Show Cause for a Preliminary Injuction; Complaint and Jury Demand; Declaration of Gregory P. Gulia,  Declaration of David Stever, in Support of Plaintiffs' Application for a Temporary Restraining Order; Motion Rules and Procedures; Individual Practices of Magistrate Judge Andrew J. Peck; Memorandum of Law; Disclosure Statement of Plaintiffs; Electronic Case Filing Rules & Instructions,