MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| DUANE MORRIS LLP<br>1540 Broadway<br>New York, NY 10036<br><br>TELEPHONE NO.: (212) 692-1000   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff: Ben & Jerry;s Homemade, Inc. & Conopco, In | |
| UNITED STATES DISTRICT COURT<br>Southern District of New York | |
| PLAINTIFF/PETITIONER: Ben & Jerry's Homemade, Inc. & Conopco, Inc.<br>DEFENDANT/RESPONDENT: Rodax Distributors, Inc. d/b/a Caballero Video | |
| **DECLARATION** | CASE NUMBER:<br>12-CIV-6734 |

1. I, WILBERT GUTIERREZ, am an employee of APEX ATTORNEY SERVICE, and am over the age of eighteen years old and not a party to this action. Personal service was attempted on Defendant TOMER YOFFE, 5454 Van Nord Ave., Sherman Oaks, CA 91401

2. Documents: Summons; Complaint; Civil Cover Sheet; Order; Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction; Declaration of Gregory P. Gulia; Declaration of David Stever; Judge Lewis A. Kaplan's Rules of the Court; Individual Practices of Magistrate Judge Andrew J. Peck; Memorandum of Law in support of Plaintiffs' application for a Temporary Restraining Order, Recall Order and Order to Show Cause for a Preliminary Injunction; Rule 7.1 Disclosure Statement of Plaintiffs; Electronic Case Filing Rules & Instructions;

3. 9/7/12   1:00PM     Residence    Not home per Maid/Babysitter
   9/8/12   6:30PM     Residence    Not home per Maid/Babysitter
   9/9/12   4:00PM     Residence    Not home per Wife

   9/07/12  11:00AM    Business     Attempted service at Business, 7230 Coldwater Canyon Ave., North Hollywood, CA 91605. Not in per receptionist.
   9//10/12 2:45PM     Business     Not in per Receptionist. Sub-served Elizabeth Booler, Receptionist, Authorized to Accept. Cau. female, long blond hair, 30's, 5'7", 180 lbs.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9/11/2012

WILBERT GUTIERREZ
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for ☐ Plaintiff ☐ Petitioner ☐ Defendant
☐ Respondent ☑ Other (Specify):
Process Server, 6620 Los Angeles

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-CIV-6734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   TOMER YOFFE

was received by me on *(date)*   09/06/2012.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* I sub-served the documents on Elizabeth Booler, Receptionist, Authorized to Accept. at 7230 Coldwater Canyon Ave., North Hollywood, CA 91605, on 9/10/2012. I then mailed a copy of said documents to the individual on 9/11/2012 at Los Angeles, CA.. I have also attached a Declaration of Due Diligence.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 09/11/2012

*Server's signature*

WILBERT GUTIERREZ, Process Server
*Printed name and title*

1055 W 7th Street, Suite 1550
Los Angeles, CA 90017
(213 488-1500  Reg: Los Angeles #6620
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons; Complaint; Civil Cover Sheet; Order dated 9/6/2012; Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction; Declaration of Gregory P. Gulia; Declaration of David Stever; Judge Lewis A. Kaplan, Rules of the Court; Individual Practices of Magistrate Judge Andrew J. Peck; Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order, Recall Order and Order to Show Cause for a Preliminary Injunction; Rule 7.1 Disclosure Statement of Plaintiffs; Electronic Case Filing Rules & Instructions;