MC-030

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br>DUANE MORRIS LLP <br>1540 Broadway <br>New York, NY 10036 <br><br>TELEPHONE NO.: (212) 692-1000   FAX NO. *(Optional):* <br>E-MAIL ADDRESS *(Optional):* <br>ATTORNEY FOR *(Name):* Plaintiff; Ben & Jerry's Homemade, Inc & Conopco, Inc | FOR COURT USE ONLY |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
STREET ADDRESS:
MAILING ADDRESS: UNITED STATES DISTRICT COURT
CITY AND ZIP CODE: Southern District of New York
BRANCH NAME:

PLAINTIFF/PETITIONER: Ben & Jerry's Homemade, Inc. & Conopco, Inc.
DEFENDANT/RESPONDENT: Rodax Distributors, Inc. d/b/a/ Caballero Video

| DECLARATION | CASE NUMBER: <br>12-CIV-6734 |
|---|---|

1. I, WILBERT GUTIERREZ, am an employee of APEX ATTORNEY SERVICE, and am over the age of eighteen years old and not a party to this action. Personal service was attempted on Defendant DANIEL MAMANE, 7230 Coldwater Canyon Ave., N. Hollywood, CA 91605

2. Documents: Summons; Complaint; Civil Cover Sheet; Order; Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction; Declaration of Gregory P. Gulia; Declaration of David Stever; Judge Lewis A. Kaplan's Rules of the Court; Individual Practices of Magistrate Judge Andrew J. Peck; Memorandum of Law in support of Plaintiffs' Application for a Temporary Restraining Order, Recall Order and Order to Show Cause for a Preliminary Injunction; Rule 7.1 Disclosure Statement of Plaintiffs; Electronic Case Filing Rules & Instructions;

3. 
| Date | Time | Location | Notes |
|---|---|---|---|
| 9/7/12 | 11:00AM | Business | Not in until Monday. |
| 9/7/12 | 3:00PM | Business | Wrong business. Bad address. |
| 9/7/12 | 4:00PM | Residence | Intercom connected to Mr. Mamane's cell phone. Says he is out of town unitl the beginning of week. |
| 9/10/12 | 2:45PM | Business | Not in per Receptionist. Sub-served Receptionist, ELIZABETH BOOLER, Cau. female, long blond hair, 30's, 5'7" tall, 180lbs. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 9/11/2012

WILBERT GUTIERREZ
(TYPE OR PRINT NAME)

(SIGNATURE OF DECLARANT)

☐ Attorney for  ☑ Plaintiff  ☐ Petitioner  ☐ Defendant
☐ Respondent  ☑ Other *(Specify):*
Process Server, 6620 Los Angeles

Form Approved for Optional Use
Judicial Council of California
MC-030 [Rev. January 1, 2006]

**DECLARATION**

Page 1 of 1

American LegalNet, Inc.
www.USCourtForms.com

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 12-CIV-6734

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    DANIEL MAMANE

was received by me on *(date)*    09/06/2012   .

☐ I personally served the summons on the individual at *(place)* _____

on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: I sub-served the documents on Elizabeth Booler, Receptionist, Authorized to Accept. at 7230 Coldwater Canyon Ave., North Hollywood, CA 91605, on 9/10/2012. I then mailed a copy of said documents to the individual on 9/11/2012 at Los Angeles, CA.. I have also attached a Declaration of Due Diligence.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/11/2012

*Server's signature*

WILBERT GUTIERREZ, Process Server
*Printed name and title*

1055 W 7th Street, Suite 1550
Los Angeles, CA 90017
(213 488-1500 Reg: Los Angeles #6620
*Server's address*

Additional information regarding attempted service, etc:
Documents Served: Summons; Complaint; Civil Cover Sheet; Order dated 9/6/2012; Temporary Restraining Order and Order to Show Cause for a Preliminary Injunction; Declaration of Gregory P. Gulia; Declaration of David Stever; Judge Lewis A. Kaplan, Rules of the Court; Individual Practices of Magistrate Judge Andrew J. Peck; Memorandum of Law in Support of Plaintiffs' Application for a Temporary Restraining Order, Recall Order and Order to Show Cause for a Preliminary Injunction; Rule 7.1 Disclosure Statement of Plaintiffs; Electronic Case Filing Rules & Instructions;