RECEIVED
NOV 30 2012
JUDGE KAPLAN'S CHAMBERS

KAPLAN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEN & JERRY'S HOMEMADE, INC. and
CONOPCO, INC.,

        Plaintiffs,

v.

RODAX DISTRIBUTORS, INC. d/b/a
CABALLERO VIDEO, M. MORRIS, INC. d/b/a
CABALLERO VIDEO, DANIEL MAMANE and
TOMER YOFFE,

        Defendants.

Case No.: 12-cv-6734 (LAK)



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/3/12

### Consent Scheduling Order

Upon the consent of the parties, it is hereby ORDERED as follows:

1. No additional parties may be joined after January 25, 2013.

2. No amendments to the pleadings will be permitted after January 25, 2013.

3. The parties shall make required Rule 26(a)(2) disclosures with respect to:

   (a) expert witnesses on or before April 1, 2013;

   (b) rebuttal expert witnesses on or before April 15, 2013.

4. All discovery, including any depositions of experts, shall be completed on or before April 26, 2013.

5. A joint pretrial order in the form prescribed in Judge Kaplan's individual rules shall be filed on or before May 20, 2013.

6. No motion for summary judgment shall be served after the deadline fixed for submission of the pretrial order. The filing of a motion for summary judgment does not relieve the parties of the obligation to file the pretrial order on time.

7. If any party claims a right to trial by jury, proposed voir dire questions and jury instructions shall be filed with the joint pretrial order.

8. Each party or group of parties aligned in interest shall submit not less than ten (10) days prior to trial (a) a trial brief setting forth a summary of its contentions and dealing with any legal and evidentiary problems anticipated at trial, and (b) any motions in limine.

9. The scheduling order may be altered or amended only on a showing of good cause not foreseeable at the date hereof. Counsel should not assume that extensions will be granted as a matter of routine.

Dated: 12/3/12

Lewis A. Kaplan
United States District Judge

Consented to:

DUANE MORRIS LLP
Gregory P. Gulia
Vanessa C. Hew
1540 Broadway
New York, New York 10036

Counsel for Plaintiffs

ABRAMS GARFINKEL
MARGOLIS BERGSON, LLP
Michael H. Golland
5900 Wilshire Boulevard, Suite 2250
Los Angeles, California 90036

Counsel for Defendants

2